YAGMAN | PLLC
Advocacy in Motion.

New York | Washington, D.C.

April 24, 2026

**VIA ECF**

United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*Re:* *Phillips v. JetBlue Airways Corporation*, Case No.: 1:26-cv-02405 (E.D.N.Y.)

Your Honor,

On behalf of Plaintiff Phillips and the Proposed Classes ("Plaintiff"), the undersigned counsel writes seeking to provide this Court with an amended version of Plaintiff's operative complaint as allowed by Fed. R. Civ. P. 15(a)(1)(A) or otherwise in the alternative to seek leave to amend Plaintiff's operative complaint pursuant to Fed. R. Civ. P. 15(a)(2).

Pursuant to this Court's Local Civil Rule 15.1(a) on Motions to Amend or Supplement Pleadings, attached is Plaintiff's Proposed First Amended Class Action Complaint as a proposed redlined copy (Exhibit A), as a proposed clean copy (Exhibit B), as well as Exhibit A to the Proposed First Amended Class Action Complaint (Exhibit C).

Counsel for Plaintiff and the Proposed Class are available and prepared to discuss if the Court would find it helpful (and as soon as this matter is assigned to a Judge or Magistrate Judge).

Respectfully submitted,

*/s/ Blake Hunter Yagman*

Blake Hunter Yagman
*blake.yagman@yagmanpllc.com*
**YAGMAN PLLC**
1050 30th St. N.W.
Washington, D.C. 20007
Tel.: (929) 709-1493

*Attorneys for Plaintiff Phillips*
*and the Proposed Class*

cc: Counsel of Record (*via* ECF)
Enclosures