**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANDREW PHILLIPS, on behalf of himself and all others similarly situated, <br><br>         *Plaintiff*, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION, <br><br><br>         *Defendant*. | Case No.: 1:26-cv-02405-PKC <br><br> **PROPOSED ORDER** |
| CYNTHIA SQUIRE, on behalf of herself and all others similarly situated, <br><br>         *Plaintiff*, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION, <br><br>         *Defendant*. | Case No.: 1:26-cv-02629 |

Upon consideration of Plaintiffs Phillips' and Squire's Motion to Consolidate and Appoint Interim Co-Lead Class Counsel, it is now

**ORDERED** that the Motion is **GRANTED.**

**ORDERED** that; *Phillips v. JetBlue Airways Corporation* (Case No. 1:26-cv-02405-PKC) and *Squire v. JetBlue Airways Corporation* (Case No. 1:26-cv-02629) are consolidated for all purposes under Case No. 1:26-cv-02405-PKC (hereafter, the "Consolidated Action") which will be renamed "*In re JetBlue Data Privacy Litigation*" to proceed before the Honorable Pamela K. Chen; and it is further

**ORDERED** that Clerk of the United States District Court for the Eastern District of New York is directed to consolidate the file of Case No. 1:26-cv-02629 (the *Squire* Action) into Case No. 1:26-cv-02405-PKC; and it is further

**ORDERED** that Blake Hunter Yagman of YAGMAN PLLC and Todd Garber of FINKELSTEIN, BLANKINSHIP, FRIE-PEARSON & GARBER, LLP are hereby appointed as Interim Co-Lead Class Counsel as well as Peter Romer-Friedman of PETER ROMER-FRIEDMAN LAW PLLC as Interim Liaison Counsel to lead the Consolidated Action and to ensure the orderly protection of the Consolidated Action act on behalf of the Plaintiffs and the class members, with the responsibilities set forth below:

    a.    Determine and present (in briefs, oral argument, or such other fashion as may be appropriate, personally or by a designee) to the Court and opposing parties the position of the Plaintiffs on all matters arising during pretrial proceedings;

    b.    Coordinate the initiation and conduct of discovery on behalf of Plaintiffs and the putative class consistent with the requirements of the FRCP;

    c.    Convene meetings amongst counsel;

    d.    Conduct settlement negotiations on behalf of Plaintiffs and the putative class(es);

e.     Negotiate and enter into stipulations with opposing counsel as necessary for the conduct and efficient advancement of the litigation;

f.     Monitor the activities of all counsel to ensure that schedules are being met and unnecessary expenditures of time and funds are avoided;

g.     Perform such other duties as may be incidental to the proper coordination of Plaintiff's pretrial activities or authorized by further order of this Court;

h.     Serve as the primary contact for communications between the Court and other Plaintiffs' counsel;

i.     Ensure that all notices, orders, and material communications are properly distributed (to the extent that they are not otherwise served on Plaintiffs' counsel *via* the Court's electronic filing system);

j.     Communicate with Defense counsel as necessary to promote the efficient advancement of this litigation;

k.     Make available to other Plaintiffs' counsel documents produced by the Defendant; and

l.     Allocate attorneys' fees.

And it is further

**ORDERED** that the initial deadlines for the Consolidated Action are as follows:

- Plaintiffs shall file a Consolidated Amended Complaint no later than sixty (60) days following the entry of this Order;

- Defendant need not file a response to the Complaints in *Squire*.

And it is further

**ORDERED** that, unless otherwise ordered by the Court upon a showing of good cause, this Order shall apply to the above-captioned matters and any action filed in or transferred to this Court which relates to the subject-matter at issue in this action. Interim Co-Lead Class Counsel are to serve a copy of this Order and all future orders on counsel for plaintiffs in any related action that they become aware of which is not yet consolidated into this consolidated proceeding.

**IT IS SO ORDERED.**

Dated: _____, 2026

                                    _____
                                    The Honorable Pamela K. Chen
                                    United States District Court Judge