

**YAGMAN | PLLC**

*Advocacy in Motion.*                                                New York | Washington, D.C.

June 10, 2026

**VIA ECF**

The Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:    *Phillips, et al. v. JetBlue Airways Corp.*, Case No. 1:26-cv-02405-PKC-RML
> Application for Lead Counsel Under Fed. R. Civ. P. Rule 23(g)

Dear Judge Levy,

We write on behalf of our respective clients, Plaintiff Andrew Phillips ("Plaintiff") and the Proposed Class, to inform this Court that there will be modification of the motion filed at ECF No 15, seeking consolidation of cases under Fed. R. Civ. P. Rule 42 and appointment of interim co-lead class counsel under Fed. R. Civ. P. Rule 23(g).

Currently, there are three filed cases that arise out of the same case or controversy, and all of the attorneys have reached consensus through self-organization about the leadership structure of the to-be consolidated case.

The new leadership structure under the forthcoming and modified motion will be as follows: Michael P. Canty of Labaton Keller Sucharow LLP from a recently filed action[1] (the *Yun* action) as well as Blake Hunter Yagman of Yagman PLLC from the first-filed, above captioned matter (the *Phillips* action) as interim co-lead counsel with Peter Romer-Friedman of Peter Romer-Friedman Law PLLC from the *Phillips* action and Todd Seth Garber of Finkelstein, Blankinship, Frei-Pearson & Garber LLP from the second-filed action[2] (the *Squire* action) as the supporting executive committee.

Forthcoming will be a modified motion in the *Phillips* action which encapsulates the above changes.  We are happy to discuss if the Court has any questions.

> Respectfully submitted,
>
> */s/ Blake Hunter Yagman*
> Blake Hunter Yagman
> *blake.yagman@yagmanpllc.com*

---

[1] *Yun et al. v. JetBlue Airways Corp.*, Case No. 1:26-cv-03382 (E.D.N.Y. 2026).
[2] *Squire v. JetBlue Airways Corp.*, Case No. 1:26-cv-02629-CHK (E.D.N.Y. 2026).

1

# YAGMAN | PLLC
*Advocacy in Motion.*          New York | Washington, D.C.

YAGMAN PLLC
FOREST HILLS TOWER
118-35 Queens Boulevard, Suite 444
New York, New York 11375
Tel.: (929) 709-1493

*Attorneys for Plaintiff Phillips
and the Proposed Class*