## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW PHILLIPS, on behalf of himself and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION,<br><br>*Defendant.* | Case No. 1:26-cv-02405-PKC-RML<br><br>Assigned to the Hon. Pamela K. Chen<br><br>**PLAINTIFF DAVID COYNE'S MEMORANDUM OF LAW IN PARTIAL OPPOSITION TO THE *PHILLIPS* AMENDED MOTION TO CONSOLIDATE CASES, AND APPOINT INTERIM CO-LEAD CLASS COUNSEL AND EXECUTIVE COMMITTEE COUNSEL** |
| CYNTHIA SQUIRE, on behalf of himself and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION,<br><br>*Defendant.* | Case No. 1:26-cv-02629-PKC-RML |
| CHRISTIAN YUN and ARUNA VISWESWARA, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION,<br><br>*Defendant.* | Case No. 1:26-cv-03382-PKC-RML |
| DAVID COYNE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION,<br><br>*Defendant.* | Case No. 1:26-cv-03487-CHK |

Pursuant to Federal Rules of Civil Procedure ("Rule") 42(a) and Rule 23(g), Plaintiff David Coyne (Case No. 1:26-cv-3487), by and through his respective attorneys, hereby submits this Memorandum of Law in Partial Opposition to the *Phillips* Amended Motion to Consolidate Cases, and Appoint Interim Co-Lead Class Counsel and Executive Committee Counsel. ECF No. 23 (the "Amended Motion").

Plaintiff Coyne supports the Amended Motion's request to consolidate these four actions pursuant to Rule 42(a); however, Plaintiff Coyne opposes the Amended Motion's interim class leadership proposal. As indicated in Plaintiff Coyne's contemporaneously filed motion for appointment of Tina Wolfson of Ahdoot & Wolfson, PC as interim lead class counsel, Ms. Wolfson's superior relevant experience, track record of cooperation and collaboration with other counsel, and investigation and work done regarding this class action make her the best choice to serve as interim lead class counsel pursuant to Rule 23(g)(2) and Rule 23(g)(1)(B). *See* ECF No. 26.

For the foregoing reasons, Plaintiff Coyne respectfully requests that the Court: (1) grant the Amended Motion's request to consolidate the four above-captioned cases pursuant to Rule 42(a); and (2) deny the Amended Motion's leadership proposal under Rule 23(g) and instead grant Plaintiff Coyne's motion to appoint Tina Wolfson as Interim Lead Class Counsel for Plaintiffs.

Respectfully submitted,

Dated: June 26, 2026

*/s/ Tina Wolfson*
Tina Wolfson (NY Bar No. 5436043)
twolfson@ahdootwolfson.com
Yufei Wang (*pro hac vice* application forthcoming)
ywang@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
2600 West Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Facsimile: (310) 474-8585

Melissa Clark (NY Bar No. 4560538)
mclark@ahdootwolfson.com
Bradley K. King (NY Bar No. 5585336)
bking@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
521 Fifth Avenue, 17th Floor
New York, NY 10175
Telephone: (917) 336-0171
Facsimile: (917) 336-0177

*Counsel for Plaintiff David Coyne, Case No. 1:26-cv-3487, and the Proposed Class*

## CERTIFICATE OF COMPLIANCE

As required by Local Rule 7.1(c), I certify that this memorandum contains 208 words, excluding the parts of the document that are exempted by this rule.

Dated: June 26, 2026

*/s/ Tina Wolfson*
Tina Wolfson