# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

ANDREW PHILLIPS
*Plaintiff*
v.
JETBLUE AIRWAYS CORPORATION
*Defendant*

Case No. 1:26-cv-02405

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Christian Yun, Aruna Visweswara, Andrew Phillips, Cynthia Squire, & David Coyne .

Date: 10/22/2026

/s/Carol C. Villegas
*Attorney's signature*

Carol C. Villegas (CV7950)
*Printed name and bar number*

LABATON KELLER SUCHAROW LLP
140 Broadway
New York, NY 10005
*Address*

cvillegas@labaton.com
*E-mail address*

(212) 907 0900
*Telephone number*

(212) 818 0477
*FAX number*