# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | | |
|---|---|---|
| ANDREW PHILLIPS<br>*Plaintiff*<br>v.<br>JETBLUE AIRWAYS CORPORATION<br>*Defendant* | ) ) ) ) ) | Case No. 1:26-cv-02405 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Christian Yun, Aruna Visweswara, Andrew Phillips, Cynthia Squire, & David Coyne .

Date: 10/22/2026

/s/Danielle Izzo
*Attorney's signature*

Danielle Izzo (5957303)
*Printed name and bar number*

LABATON KELLER SUCHAROW LLP
140 Broadway
New York, NY 10005
*Address*

dimazzeo@labaton.com
*E-mail address*

(212) 907 0900
*Telephone number*

(212) 818 0477
*FAX number*